**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No. 95-cr-00225-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     RONALD FLOWERS,

      Defendant.

_____

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
_____

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United

States Marshal's Service requiring said United States Marshal to produce said defendant

before a United States Magistrate Judge, forthwith, for proceedings and appearances upon the

charge aforesaid, and to hold him at all times in his custody as an agent of the United States

of America until final disposition of the defendant's case, thereafter to return the defendant to

the institution wherein now confined.

SO ORDERED this  26th  day of  June , 2006.

                              s/Lewis T. Babcock
                              UNITED STATES JUDGE
                              UNITED STATES DISTRICT COURT
                              DISTRICT OF COLORADO