# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation Supervised Release**) |
| v. | Case Number:  95-cr-00225-LTB-01 |
| | USM Number:  26095-013 |
| RONALD M. FLOWERS | Scott Poland, Appointed<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 2, 3, 4, 5, 6, 7 and 8, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of this violation:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Purchase or Possession of a Controlled Substance | 04/12/03 |
| 2 | Possession and Use of a Controlled Substance | 04/14/03 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

November 3, 2006
Date of Imposition of Judgment

s/Lewis T. Babcock
Signature of Judge

Lewis T. Babcock, Chief U.S. District Judge
Name & Title of Judge

November 14, 2006
Date

DEFENDANT:  RONALD M. FLOWERS
CASE NUMBER:  95-cr-00225-LTB-01                                         Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Purchase or Possession of a Controlled Substance | 07/20/03 |
| 4 | Possession and Use of a Controlled Substance | 07/14/03 |
| 5 | Failure to Participate in Drug Treatment as Directed by the Probation Officer | 10/20/03 |
| 6 | Failure to Participate in Drug Testing as Directed by the Probation Officer | 10/16/03 |
| 7 | Violation of the Law | 10/14/03 |
| 8 | Violation of the Law | 10/21/03 |

DEFENDANT:  RONALD M. FLOWERS
CASE NUMBER:  95-cr-00225-LTB-01                                      Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of twenty-four (24) months, to run consecutive to the sentence imposed by the Adams County, Colorado, District Court, Docket No. 03CR2970.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal